UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 24-cr-535 (JEB) |
| v. | : | |
| | : | |
| ZAID MOHAMMAD MAHDAWI, | : | |
| | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA**

### I.   Summary of the Plea Agreement

Defendant Zaid Mohammad Mahdawi agrees to admit guilt and enter a plea of guilty to the Information, charging him with one count of Destruction of Government Property (Less Than $1,000), in violation of 18 U.S.C. § 1361.

### II.   Elements of the Offense

The essential elements of the offense of Destruction of Government Property (Less Than $1,000), in violation of 18 U.S.C. § 1361, each of which the Government must prove beyond a reasonable doubt, are:

1. The defendant injured, damaged, or destroyed property, or attempted to do so;
2. The defendant did so willfully; and
3. The property involved was property of the United States, or of any department or agency thereof, or any property which had been or was being manufactured or constructed for the United States, or any department or agency thereof.

### III.   Penalties for the Offense

The penalties for Destruction of Government Property (Less Than $1,000), in violation of 18 U.S.C. § 1361 are:

1

    (A)    a term of imprisonment not to exceed one year;

    (B)    a fine not to exceed $100,000;

    (C)    a term of supervised release of not more than one year; and

    (D)    a special assessment of $25.

The United States Sentencing Guideline § 5E1.2 permits the Court to impose an additional fine to pay the costs of for imprisonment and any term of supervised release and/or probation.

### IV.  Factual Proffer

Had this case gone to trial, the Government's evidence would prove the following beyond a reasonable doubt:

Prior to July 24, 2024, several groups applied for and were granted permits to demonstrate on the National Mall on July 24, 2024. An organization was granted a sole permit for the area of Columbus Circle, which is located at the intersection of Massachusetts Avenue Northeast and E Street Northeast, Washington, D.C., directly in front of Union Station.

The Columbus Circle Fountain and associated flagpoles were constructed in approximately the year 1911 and the original contract award was $21,854.00. The Fountain was added to the Department of Interior National Registry of Historic Places (along with Union Station) on April 9,1980. Columbus Circle itself falls under the purview of the National Park Service and is property of the United States' government.

On July 24, 2024, demonstrators began to gather in Columbus Circle starting at approximately 2:50 p.m. At approximately 3:26 p.m., the USPP revoked the permit that had been issued to the organization. Despite the revocation of the permit, demonstrators remained in and around Columbus Circle until approximately 5:00 p.m. From approximately 2:59 p.m.

until 5:00 p.m., individuals in Columbus Circle pulled down flags affixed to the flagpoles; burned flags and objects; interfered with law enforcement's ability to place individuals under arrest; and sprayed graffiti on multiple statutes and structures. The flags pulled down from the flag poles and the statutes and structures in Columbus Circle, are all property of the federal government. The National Park Service estimated that the total cost to clean up and repair the site at approximately $11,282.23.

The defendant, Zaid Mohammad Mahdawi, attended the demonstration in Columbus Circle during the afternoon of July 24, 2024. While there, Mr. Mahdawi lowered a United States flag from one of the flagpoles in Columbus Circle. That flag was later stolen by another individual. Mr. Mahdawi later climbed the monument in the center of Columbus Circle. He then used red spray paint to write "HAMAS IS COMIN" on the Columbus Circle Fountain. Mr. Mahdawi spray-painted an inverted red triangle above his writing.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the parties but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for each defendant's plea of guilty to the charged crimes. This Statement of the Offense fairly and accurately summarizes and describes some of each defendant's actions and involvement in the offenses to which each is pleading guilty.

                                          Respectfully Submitted

                                          Matthew M. Graves
                                          United States Attorney

BY:    */s/ Sarah Martin*
         Sarah Martin
         Assistant United States Attorney

**DEFENDANT'S ACKNOWLEDGMENT**

    I, Zaid Mahdawi, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 01/22/2025          *Zaid Mahdawi*

                               Zaid Mahdawi
                               Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

    I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 01/22/2025          *Ubong E. Akpan*

                               Ubong Akpan, Esq.
                               Attorney for Defendant